# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ALPHA MODUS VENTURES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:25-CV-00609-DAE |
| BROADCOM, INC. | ) ) ) |
| Defendant. | ) ) |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

The Parties respectfully file this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties hereby notify the Court that they have reached a settlement in principle resolving all matters in controversy between them in the above-styled action. The Parties request that the Court stay all deadlines and settings in said action for thirty (30) days so that appropriate dismissal papers may be submitted.

Dated: November 6, 2025

/s/ Kristopher L. Reed
Kristopher L. Reed
State Bar No. 24130416
  kris.reed@hklaw.com
Adrienne E. Dominguez
State Bar No. 00793630
  adrienne.dominguez@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (fax)

Respectfully submitted,

/s/ Christohper E. Hanba
Christopher E. Hanba
Texas Bar No. 24121391
chanba@princelobel.com
Joshua G. Jones
Texas Bar No. 24065517
jjones@princelobel.com
Ariana D. Pellegrino (*pro hac vice*)
Michigan Bar No. P79104
apellegrino@princelobel.com
PRINCE LOBEL TYE LLP
500 W. 5th Street, Suite 1205
Austin, Texas 78701
Telephone: (512) 737-2415

*Attorneys for Plaintiff*
*Alpha Modus Ventures, LLC*

- 2 -

Kenneth S. Chang (*pro hac vice*)
CO Bar No. 35353
   kenneth.chang@hklaw.com
Edward J. Mayle (*pro hac vice*)
CO Bar No. 50920
  edward.mayle@hklaw.com
**HOLLAND & KNIGHT LLP**
1801 California Street, Suite 5000
Denver, Colorado 80202
303.974.6660
303.974.6659 (fax)

Paige Arnette Amstutz
State Bar No. 00796136
   pamstutz@scottdoug.com
Stephen L. Burbank
State Bar No. 24109672
  sburbank@scottdoug.com
**SCOTT DOUGLASS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, Texas 78701
512.495.6300
512.495.6399 (fax)

*Attorneys for Defendant*
*Broadcom, Inc.*


## CERTIFICATE OF SERVICE

I certify that on November 6, 2025, the foregoing document was filed via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

                                              */s/ Christopher E. Hanba*
                                              Christopher E. Hanba